**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

REGINALD BELL,

                Plaintiff,

      v.

STOP AND SHOP SUPERMARKET,

                Defendant.

Civ. No. 18-13

**ORDER**

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 16th day of October, 2020,

ORDERED that the U.S. Magistrate Judge's Report and Recommendation (ECF No. 19) is ADOPTED; and it is further

ORDERED that Plaintiff's Motion to Amend the Complaint (ECF No. 14) is DENIED; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order and the Court's accompanying Opinion upon Plaintiff Reginald Bell by certified mail, return receipt requested.

                               */s/ Anne E. Thompson*
                               ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.